# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: CONTECH AUTO REPAIR CENTER, INC. § Case No. 17-30869
§
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 30, 2017. The undersigned trustee was appointed on August 31, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         16,323.36

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 3,792.43 |
| Administrative expenses | 10,705.42 |
| Bank service fees | 76.51 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]      $          1,749.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/03/2018 and the deadline for filing governmental claims was 02/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,382.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,207.44 as interim compensation and now requests the sum of $174.90, for a total compensation of $2,382.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $176.28 and now requests reimbursement for expenses of $0.00, for total expenses of $176.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2018   By: /s/Barry Milgrom
                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30869  
**Case Name:** CONTECH AUTO REPAIR CENTER, INC.

**Trustee:** (001140) Barry Milgrom  
**Filed (f) or Converted (c):** 08/30/17 (f)  
**§341(a) Meeting Date:** 10/04/17  

**Period Ending:** 05/21/18  
**Claims Bar Date:** 01/03/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash on hand | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo , | 5,452.00 | 5,452.00 | | 11,055.75 | FA |
| 3 | Lease deposit | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less | 300.00 | 300.00 | | 0.00 | FA |
| 5 | A/R Over 90 days old. | 0.00 | 0.00 | | 1,749.00 | FA |
| 6 | Office equipment and computers. (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Auto parts, 2017-08-01 | 400.00 | 400.00 | | 0.00 | FA |
| 8 | Trade fixtures and tools (See Footnote) | 5,000.00 | 5,000.00 | | 3,500.00 | FA |
| 9 | Checking account Wells Gargo ending in 0161 (u) | 18.61 | 18.36 | | 18.61 | FA |
| **9** | **Assets** **Totals** (Excluding unknown values) | **$17,670.61** | **$16,170.36** | | **$16,323.36** | **$0.00** |

RE PROP# 6    Proceeds of sale of equipment to landlord as part of compromise  
RE PROP# 8    Sale to landlord

**Major Activities Affecting Case Closing:**

05/17/18 Approved Claims Proposed Distribution. Comments per 5-17 email re additional tax withholding that should be needed.  Per skv request, 5/10/18  Additional funds received

**Initial Projected Date Of Final Report (TFR):**    August 30, 2019          **Current Projected Date Of Final Report (TFR):**    February 21, 2018  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-30869  
**Case Name:** CONTECH AUTO REPAIR CENTER, INC.

**Taxpayer ID #:** **-***1610  
**Period Ending:** 05/21/18

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $6,427,524.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/17 | {8} | Mahmood Ghazi | Payment by landlord for sale of equipment/ personal property as part of compromise that includes waiver of admin claim. | 1129-000 | 3,500.00 | | 3,500.00 |
| 10/05/17 | {9} | Wells Fargo | Close WFB account ending in xxx0161 | 1229-000 | 18.61 | | 3,518.61 |
| 10/05/17 | {2} | Wells Fargo | Close WFB account ending in xxx1136 | 1129-000 | 11,055.75 | | 14,574.36 |
| 10/05/17 | 101 | Harvey Bendix | Approved by Order Authorizing Sale...and To Pay Agent /Auctioneer Commission and Expenses, DOC #20 10-3-17<br>Voided on 10/05/17 | 3610-000 | | 600.00 | 13,974.36 |
| 10/05/17 | 101 | Harvey Bendix | Approved by Order Authorizing Sale...and To Pay Agent /Auctioneer Commission and Expenses, DOC #20 10-3-17<br>Voided: check issued on 10/05/17 | 3610-000 | | -600.00 | 14,574.36 |
| 10/05/17 | 102 | Harvey Bendix | Approved by Order Authorizing Sale...and To Pay Agent /Auctioneer Commission and Expenses, DOC #20 10-3-17 | | | 620.00 | 13,954.36 |
| | | | Auctioneer Fees    420.00 | 3610-000 | | | 13,954.36 |
| | | | Auctioneer Expenses    200.00 | 3620-000 | | | 13,954.36 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.14 | 13,939.22 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.04 | 13,919.18 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.35 | 13,899.83 |
| 01/09/18 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30869, Bond # 016048574 TERM :01/01/18 TO 01/01/19<br>Voided on 01/11/18 | 2300-000 | | 4.48 | 13,895.35 |
| 01/11/18 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30869, Bond # 016048574 TERM :01/01/18 TO 01/01/19<br>Voided: check issued on 01/09/18 | 2300-000 | | -4.48 | 13,899.83 |
| 01/11/18 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30869, Bond # 016048574 TERM :01/01/18 TO 01/01/19 | 2300-000 | | 4.48 | 13,895.35 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.98 | 13,873.37 |
| 04/11/18 | 105 | Barry Milgrom | Dividend paid 100.00% on $176.28, Trustee Expenses; Reference: | 2200-000 | | 176.28 | 13,697.09 |
| 04/11/18 | 106 | Barry Milgrom | Dividend paid 100.00% on $2,207.44, Trustee | 2100-000 | | 2,207.44 | 11,489.65 |

Subtotals : $14,574.36 $3,084.71

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30869  
**Case Name:** CONTECH AUTO REPAIR CENTER, INC.  
**Taxpayer ID #:** **-***1610  
**Period Ending:** 05/21/18  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $6,427,524.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Compensation; Reference: | | | | |
| 04/11/18 | 107 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $75.22, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 75.22 | 11,414.43 |
| 04/11/18 | 108 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $2,987.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,987.00 | 8,427.43 |
| 04/11/18 | 109 | Sandi M. Colabianchi | Dividend paid 100.00% on $4,635.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,635.00 | 3,792.43 |
| 04/11/18 | 110 | US Treasury | Dividend paid 37.91% on $620.18; Filed: $0.00 for FICA | 5300-000 | | 235.13 | 3,557.30 |
| 04/11/18 | 111 | US Treasury | Dividend paid 37.91% on $2,800.77; Filed: $0.00 for Income Tax | 5300-000 | | 1,061.88 | 2,495.42 |
| 04/11/18 | 112 | US Treasury | Dividend paid 37.91% on $145.03; Filed: $0.00 for Medicare | 5300-000 | | 54.99 | 2,440.43 |
| 04/11/18 | 113 | Employment Development Department | Dividend paid 37.91% on $700.19; Filed: $0.00 for CA Income Tax | 5300-000 | | 265.47 | 2,174.96 |
| 04/11/18 | 114 | Employment Development Department | Dividend paid 37.91% on $100.04; Filed: $0.00 for SDI | 5300-000 | | 37.93 | 2,137.03 |
| 04/11/18 | 115 | Jian Guo Rong | Percent of Dividend 37.91% Final dividend in bankruptcy case | 5300-000 | | 777.86 | 1,359.17 |
| 04/11/18 | 116 | Christina Leung | Percent of Dividend 37.91% Final dividend in bankruptcy case | 5300-000 | | 125.82 | 1,233.35 |
| 04/11/18 | 117 | Hsiumei Tsai | Percent of Dividend 37.91% Final dividend in bankruptcy case | 5300-000 | | 538.72 | 694.63 |
| 04/11/18 | 118 | Shi Qiang He | Percent of Dividend 37.91% Final dividend in bankruptcy case | 5300-000 | | 155.91 | 538.72 |
| 04/11/18 | 119 | Raymond Jung | Percent of Dividend 37.91% Final dividend in bankruptcy case | 5300-000 | | 538.72 | 0.00 |
| 05/10/18 | {5} | Midwest General Insurance | Old A/R-check held by D before turnover | 1129-000 | 1,749.00 | | 1,749.00 |
| | | | **ACCOUNT TOTALS** | | 16,323.36 | 14,574.36 | $1,749.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,323.36 | 14,574.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,323.36** | **$14,574.36** | |

{} Asset reference(s)

Exhibit B

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30869 | **Trustee:** Barry Milgrom (001140) |
| **Case Name:** CONTECH AUTO REPAIR CENTER, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4866 - Checking Account |
| **Taxpayer ID #:** **-***1610 | **Blanket Bond:** $6,427,524.00 (per case limit) |
| **Period Ending:** 05/21/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 16,323.36 | | | | |
| | | Net Estate : | $16,323.36 | | | | |

| | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | | |
| | **Checking # ******4866** | | **16,323.36** | **14,574.36** | **1,749.00** |
| | | | **$16,323.36** | **$14,574.36** | **$1,749.00** |

{} Asset reference(s)  Case: 17-30869  Doc# 39  Filed: 07/23/18  Entered: 07/23/18 14:31:12  Page 6 of 16
Printed: 05/21/2018 12:50 PM  V.13.32

# Claims Register

## Case: 17-30869   CONTECH AUTO REPAIR CENTER, INC.

Claims Bar Date:   01/03/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barry Milgrom<br>60 29th Street<br>PMB # 661<br>San Francisco, CA 94110<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>08/30/17 | | $2,382.34<br>$2,382.34 | $2,207.44 | $174.90 |
| | Barry Milgrom<br>60 29th Street<br>PMB # 661<br>San Francisco, CA 94110<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>08/30/17 | | $176.28<br>$176.28 | $176.28 | $0.00 |
| | US Treasury<br>P.O. 21126<br><br>Philadelphia, PA 19114<br><br><br><br><br><br><br><5300-00   Wages>, 510 | Priority<br>11/21/17 | [Employee Medicare Distribution:<br>Claim   2   $52.79   Jian Guo Rong<br><br>Claim   3   $8.54   Christina Leung<br>Claim   4   $36.56   Hsiumei Tsai<br>Claim   5   $10.58   Shi Qiang He<br>Claim   6   $36.56   Raymond Jung<br><br>] | $0.00<br>$145.03 | $54.99 | $90.04 |
| | US Treasury<br>P.O. 21126<br><br>Philadelphia, PA 19114<br><br><br><br><br><br><br><br><5300-00   Wages>, 510 | Priority<br>11/21/17 | [Employee FICA Distribution:<br>Claim   2   $225.74   Jian Guo Rong<br><br>Claim   3   $36.51   Christina Leung<br><br>Claim   4   $156.34   Hsiumei Tsai<br><br>Claim   5   $45.25   Shi Qiang He<br>Claim   6   $156.34   Raymond Jung<br><br>] | $0.00<br>$620.18 | $235.13 | $385.05 |
| | Employment Development Department<br>P.O. Box 826880<br><br>Sacramento, CA 94280-0001 | Priority<br>11/21/17 | [Employee CA Income Tax Distribution:<br>Claim   2   $254.86   Jian Guo Rong<br><br>Claim   3   $41.23   Christina Leung | $0.00<br>$700.19 | $265.47 | $434.72 |

# Claims Register

## Case: 17-30869  CONTECH AUTO REPAIR CENTER, INC.

Claims Bar Date: 01/03/18

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|
| | | | Claim | 4 | $176.51  Hsiumei Tsai | | |
| | | | Claim | 5 | $51.08  Shi Qiang He | | |
| | | | Claim | 6 | $176.51  Raymond Jung | | |
| | | | ] | | | | |
| | &lt;5300-00  Wages&gt;, 510 | | | | | | |
| | Employment Development Department | Priority | | | $0.00 | $37.93 | $62.11 |
| | P.O. Box 826880 | 11/21/17 | | | $100.04 | | |
| | | | [Employee SDI Distribution: | | | | |
| | Sacremento, CA 94280-0001 | | Claim | 2 | $36.41  Jian Guo Rong | | |
| | | | Claim | 3 | $5.89  Christina Leung | | |
| | | | Claim | 4 | $25.22  Hsiumei Tsai | | |
| | | | Claim | 5 | $7.30  Shi Qiang He | | |
| | | | Claim | 6 | $25.22  Raymond Jung | | |
| | | | ] | | | | |
| | &lt;5300-00  Wages&gt;, 510 | | | | | | |
| | US Treasury | Priority | | | $0.00 | $1,061.88 | $1,738.89 |
| | P.O. 21126 | 11/21/17 | | | $2,800.77 | | |
| | | | [Employee Income Tax Distribution: | | | | |
| | Philadelphia, PA 19114 | | Claim | 2 | $1019.45  Jian Guo Rong | | |
| | | | Claim | 3 | $164.90  Christina Leung | | |
| | | | Claim | 4 | $706.04  Hsiumei Tsai | | |
| | | | Claim | 5 | $204.34  Shi Qiang He | | |
| | | | Claim | 6 | $706.04  Raymond Jung | | |
| | | | ] | | | | |
| | &lt;5300-00  Wages&gt;, 510 | | | | | | |
| | US Treasury | Priority | | | $0.00 | $0.00 | $145.03 |
| | P.O. 21126 | 11/21/17 | | | $145.03 | | |
| | | | [Employer Medicare Distribution: | | | | |
| | Philadelphia, PA 19114 | | Claim | 2 | $52.79  Jian Guo Rong | | |
| | | | Claim | 3 | $8.54  Christina Leung | | |
| | | | Claim | 4 | $36.56  Hsiumei Tsai | | |
| | | | Claim | 5 | $10.58  Shi Qiang He | | |
| | | | Claim | 6 | $36.56  Raymond Jung | | |

# Claims Register

## Case: 17-30869    CONTECH AUTO REPAIR CENTER, INC.

Claims Bar Date:   01/03/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | ] | | | |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| | US Treasury P.O. 21126 Philadelphia, PA 19114 | Priority 11/21/17 | [Employer FICA Distribution: Claim   2   $225.74   Jian Guo Rong Claim   3   $36.51   Christina Leung Claim   4   $156.34   Hsiumei Tsai Claim   5   $45.25   Shi Qiang He Claim   6   $156.34   Raymond Jung ] | $0.00 $620.18 | $0.00 | $620.18 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| | US Treasury P.O. 21126 Philadelphia, PA 19114 | Priority 11/21/17 | [Employer FUTA Distribution: Claim   2   $98.30   Jian Guo Rong Claim   3   $15.90   Christina Leung Claim   4   $68.08   Hsiumei Tsai Claim   5   $19.70   Shi Qiang He Claim   6   $68.08   Raymond Jung ] | $0.00 $270.06 | $0.00 | $270.06 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| | Employment Development Department P.O. Box 826880 Sacramento, CA 94280-0001 | Priority 11/21/17 | [Employer ETT Distribution: Claim   2   $3.64   Jian Guo Rong Claim   3   $0.59   Christina Leung Claim   4   $2.52   Hsiumei Tsai Claim   5   $0.73   Shi Qiang He Claim   6   $2.52   Raymond Jung ] | $0.00 $10.00 | $0.00 | $10.00 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |

# Claims Register

### Case: 17-30869  CONTECH AUTO REPAIR CENTER, INC.

Claims Bar Date:  01/03/18

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Employment Development Department<br>P.O. Box 826880<br><br>Sacremento, CA 94280-0001 | Priority<br>11/21/17 | [Employer SUI Distribution:<br>Claim  2  $123.79  Jian Guo Rong<br>Claim  3  $20.02  Christina Leung<br>Claim  4  $85.73  Hsiumei Tsai<br>Claim  5  $24.81  Shi Qiang He<br>Claim  6  $85.73  Raymond Jung<br>] | $0.00<br>$340.08 | $0.00 | $340.08 |
| | &lt;5800-00   Claims of Governmental Units&gt;,  570 | | | | | |
| 1 | California Dept. of Tax and Fee Administration<br>Special Ops, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Priority<br>11/02/17 | 507(a)(8) Tax Priority | $1,748.00<br>$1,748.00 | $0.00 | $1,748.00 |
| | &lt;5800-00   Claims of Governmental Units&gt;,  570 | | | | | |
| 2 | Jian Guo Rong<br>906 Sacramento Street, #1<br><br>San Francisco, CA 94108 | Priority<br>11/21/17 | [Gross Wage $3640.91 Less Taxes = Net $2051.66 FICA $225.74 Income Tax $1019.45 Medicare $52.79 CA Income Tax $254.86 SDI $36.41]<br>507(a)(4) Wage Priority | $3,640.91<br>$2,051.66 | $777.86 | $1,273.80 |
| | &lt;5300-00   Wages&gt;,  510 | | | | | |
| 3 | Christina Leung<br>255 Broadway #507<br><br>San Francisco, CA 94111 | Priority<br>11/21/17 | [Gross Wage $588.94 Less Taxes = Net $331.87 FICA $36.51 Income Tax $164.90 Medicare $8.54 CA Income Tax $41.23 SDI $5.89]<br>507(a)(4) Wage Priority | $588.94<br>$331.87 | $125.82 | $206.05 |
| | &lt;5300-00   Wages&gt;,  510 | | | | | |
| 4 | Hsiumei Tsai<br>16 Mandalay Place<br><br>South San Francisco, CA 94080 | Priority<br>11/21/17 | [Gross Wage $2521.58 Less Taxes = Net $1420.91 FICA $156.34 Income Tax $706.04 Medicare $36.56 CA Income Tax $176.51 SDI $25.22]<br>507(a)(4) Wage Priority | $2,521.58<br>$1,420.91 | $538.72 | $882.19 |
| | &lt;5300-00   Wages&gt;,  510 | | | | | |

# Claims Register

## Case: 17-30869    CONTECH AUTO REPAIR CENTER, INC.

Claims Bar Date:    01/03/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Shi Qiang He<br>375 Bridgeview Dr.<br><br>San Francisco, CA 94124<br><br><5300-00   Wages>,  510 | Priority<br>11/21/17 | [Gross Wage $729.77 Less Taxes = Net $411.22 FICA $45.25 Income Tax $204.34 Medicare $10.58 CA Income Tax $51.08 SDI $7.30]<br>507(a)(4) Wage Priority | $729.77<br>$411.22 | $155.91 | $255.31 |
| 6 | Raymond Jung<br>3524 Broadview Ct.<br><br>San Mateo, CA 94403<br><br><5300-00   Wages>,  510 | Priority<br>11/21/17 | [Gross Wage $2521.58 Less Taxes = Net $1420.91 FICA $156.34 Income Tax $706.04 Medicare $36.56 CA Income Tax $176.51 SDI $25.22]<br>507(a)(4) Wage Priority - Claim amount is $2,521.58 but priority is $3,640.91...ask creditor:<br>Trustee talked to Mr. Jung on 2-14-18 and he agreed to that (and trustee explained tax withholding). | $2,521.58<br>$1,420.91 | $538.72 | $882.19 |
| 7 | Employment Development Department<br>Bankruptcy Group MIC 92E,<br>PO BOX 826880<br>Sacramento, CA 95814<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>11/29/17 | 507(a)(8) Priority Tax Claim | $205.37<br>$205.37 | $0.00 | $205.37 |
| 8 | Raymond Tax Services, Inc.<br>1341 Stockton St. #N<br><br>San Francisco, CA 94133<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/30/17 | Ok - GUC | $1,570.00<br>$1,570.00 | $0.00 | $1,570.00 |
| 9P | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317<br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>01/02/18 | 507(a)(8) Priority Tax Priority - $3,279.19<br>Plus GUC $474.14 | $3,279.19<br>$3,279.19 | $0.00 | $3,279.19 |
| 9U | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/02/18 | GUC $4756.14<br>Plus 507(aa)8) Tax Priority - $3,279.19 | $476.14<br>$476.14 | $0.00 | $476.14 |

# Claims Register

## Case: 17-30869    CONTECH AUTO REPAIR CENTER, INC.

Claims Bar Date: 01/03/18

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139<br>&lt;2300-00   Bond Payments&gt;, 200 | Admin Ch. 7<br>08/30/17 | | $4.48<br>$4.48 | $4.48 | $0.00 |
| ACCTEXP | Kokjer, Pierotti, Maiocco & Duck LLP<br>333 Pine Street-5th Floor<br>San Francisco, CA 94104<br>&lt;3420-00   Accountant for Trustee Expenses (Other Firm)&gt;, 200 | Admin Ch. 7<br>08/30/17 | | $75.22<br>$75.22 | $75.22 | $0.00 |
| ACCTFEE | Kokjer, Pierotti, Maiocco & Duck LLP<br>333 Pine Street-5th Floor<br>San Francisco, CA 94104<br>&lt;3410-00   Accountant for Trustee Fees (Other Firm)&gt;, 200 | Admin Ch. 7<br>08/30/17 | | $2,987.00<br>$2,987.00 | $2,987.00 | $0.00 |
| ATTYFEE | Sandi M. Colabianchi<br>Gordon & Rees LLp<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>&lt;3210-00   Attorney for Trustee Fees (Other Firm)&gt;, 200 | Admin Ch. 7<br>08/30/17 | | $4,635.00<br>$4,635.00 | $4,635.00 | $0.00 |
| AUCTEXP | Harvey Bendix<br>39939 Stevenson CMN #1019<br>Fremont, CA 94538<br>&lt;3620-00   Auctioneer for Trustee Expenses&gt;, 200 | Admin Ch. 7<br>08/30/17 | Approved by Order Authorizing Sale...and To Pay Agent /Auctioneer Commission and Expenses, DOC #20 10-3-17 | $200.00<br>$200.00 | $200.00 | $0.00 |
| AUCTFEE | Harvey Bendix<br>39939 Stevenson CMN #1019<br>Fremont, CA 94538<br>&lt;3610-00   Auctioneer for Trustee Fees (including buyers premiums)&gt;, 200 | Admin Ch. 7<br>08/30/17 | Approved by Order Authorizing Sale...and To Pay Agent /Auctioneer Commission and Expenses, DOC #20 10-3-17 | $420.00<br>$420.00 | $420.00 | $0.00 |

Case Total:    $14,497.85    $15,049.30

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-30869
Case Name: CONTECH AUTO REPAIR CENTER, INC.
Trustee Name: Barry Milgrom

**Balance on hand:** $ 1,749.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,749.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Barry Milgrom | 2,382.34 | 2,207.44 | 174.90 |
| Trustee, Expenses - Barry Milgrom | 176.28 | 176.28 | 0.00 |
| Attorney for Trustee, Fees - Sandi M. Colabianchi | 4,635.00 | 4,635.00 | 0.00 |
| Accountant for Trustee, Fees - Kokjer, Pierotti, Maiocco & Duck LLP | 2,987.00 | 2,987.00 | 0.00 |
| Accountant for Trustee, Expenses - Kokjer, Pierotti, Maiocco & Duck LLP | 75.22 | 75.22 | 0.00 |
| Auctioneer Fees - Harvey Bendix | 420.00 | 420.00 | 0.00 |
| Auctioneer Expenses - Harvey Bendix | 200.00 | 200.00 | 0.00 |
| Other Expenses: International Sureties, Ltd. | 4.48 | 4.48 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 174.90
Remaining balance: $ 1,574.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,574.10

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,620.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | US Treasury | 145.03 | 0.00 | 0.00 |
|  | US Treasury | 620.18 | 0.00 | 0.00 |
|  | US Treasury | 270.06 | 0.00 | 0.00 |
|  | Employment Development Department | 10.00 | 0.00 | 0.00 |
|  | Employment Development Department | 340.08 | 0.00 | 0.00 |
| 1 | California Dept. of Tax and Fee Administration | 1,748.00 | 0.00 | 0.00 |
| 2 | Jian Guo Rong | 3,640.91 | 1,380.42 | 572.97 |
| 3 | Christina Leung | 588.94 | 223.28 | 92.69 |
| 4 | Hsiumei Tsai | 2,521.58 | 956.02 | 396.81 |
| 5 | Shi Qiang He | 729.77 | 276.69 | 114.84 |
| 6 | Raymond Jung | 2,521.58 | 956.02 | 396.81 |
| 7 | Employment Development Department | 205.37 | 0.00 | 0.00 |
| 9P | INTERNAL REVENUE SERVICE | 3,279.19 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 1,574.10
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,046.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | Raymond Tax Services, Inc. | 1,570.00 | 0.00 | 0.00 |
| 9U | INTERNAL REVENUE SERVICE | 476.14 | 0.00 | 0.00 |

| | | | |
|---|---:|---|---:|
| Total to be paid for timely general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | | |
|---|---:|---|---:|
| Total to be paid for tardy general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | | |
|---|---:|---|---:|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**